CITY OF NEW ROCHELLE, Respondent v. ALICE S. STEVENS, as Administratrix with the Will Annexed of CHARLES G. BANKS, Deceased, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.